# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2165.  PETER AVERY MALLORY v. THE STATE.**

This appeal was docketed on May 31, 2019, and appellant's brief containing an enumeration of errors was due by June 20, 2019.  As appellant has failed to timely file a brief and enumeration of errors with this Court, the appeal is DISMISSED for failure to file a brief and enumeration of errors within the period ordered by this Court.  See Court of Appeals Rule 23 (a).

The Clerk is directed to send a copy of this order directly to Mr. Mallory.  Mr. Mallory's counsel (John Overocker) shall also receive a copy of this order, and Mr. Overocker is directed to forward an additional copy to Mr. Mallory. Mr. Overocker shall bear the primary responsibility of informing Mr. Mallory of the disposition of this appeal and his options as a result.  Pursuant to *Rowland v. State*, 264 Ga. 872, 875 (2) (452 SE2d 756) (1995), and *Reese v. State*, 216 Ga. App. 773, 775 (456 SE2d 271) (1995), Mr. Mallory is advised as follows:

Mr. Mallory, your appeal has been DISMISSED because no brief and enumeration of errors were filed.  If you have decided you do not want to appeal, you need not do anything more.  However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL -- but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court.  If your motion for an out-of-time appeal is granted, the trial court should appoint an attorney for you if you want one and cannot pay for one.  If your motion for an out-of time appeal is denied, you have the right to appeal that denial to this Court within thirty

days of the trial court's decision.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   07/10/2019
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*